**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MENUCHA ROCHEL TENENBAUM, <br><br>                        Plaintiff, <br><br>-against- <br><br>HERITAGE EQUITY HOLDINGS, LLC, THE WILLIAMSBURG HOTEL BK, LLC, and MICHAEL LICHTENSTEIN, <br><br>                        Defendants. | Case No. 1:21-cv-05781 <br><br>*Electronically Filed* <br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Williamsburg Hotel BK, LLC ("Williamsburg Hotel") hereby certifies as follows:

      Williamsburg Hotel is a limited liability company organized under the laws of New York, that Williamsburg Hotel has no parent corporation and that no publicly held corporation owns more than 10% of its membership interests.

                                                            Respectfully submitted,

                                                            **FORDHARRISON LLP**

Dated:  January 21, 2022              /s/ Andrew T. Williamson
                                                            Andrew T. Williamson
                                                            *Attorneys for Defendant*