**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MENUCHA ROCHEL TENENBAUM,<br><br>       Plaintiff,<br><br>-against-<br><br>HERITAGE EQUITY HOLDINGS, LLC, THE WILLIAMSBURG HOTEL BK, LLC, and MICHAEL LICHTENSTEIN,<br><br>       Defendants. | Case No. 1:21-cv-05781<br><br>*Electronically Filed*<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Heritage Equity Holdings, LLC ("Heritage") hereby certifies as follows:

Heritage is a limited liability company organized under the laws of New York, that Heritage has no parent corporation and that no publicly held corporation owns more than 10% of its membership interests.

                  Respectfully submitted,

                  **FORDHARRISON LLP**

Dated: January 21, 2022     /s/ Andrew T. Williamson
                   Andrew T. Williamson
                   *Attorneys for Defendant*