# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MENUCHA ROCHEL TENENBAUM,

        Plaintiff,

        v.

HERITAGE EQUITY HOLDINGS, LLC, THE WILLIAMSBURG HOTEL BK, LLC, and MICHAEL LICHTENSTEIN,

        Defendants.

Case No. 21-cv-5781

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that the above-captioned action be dismissed, with prejudice and on the merits, without costs to any parties.

| **JOSEPH & KIRSCHENBAUM LLP** | **FORDHARRISON LLP** |
|---|---|
| By: _/s/ D. Maimon Kirschenbaum_<br>D. Maimon Kirschenbaum, Esq.<br>32 Broadway, Suite 601<br>New York, New York 10004<br>(212) 688-5639 | By: _s/ Andrew T. Williamson_<br>Andrew T. Williamson, Esq.<br>366 Madison Avenue, 7th Floor<br>New York, New York 10017<br>(212) 453-5937 |
| Date: June 6/24/2022, 2022 | Date: June 30, 2022 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

10